# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENDTEX FABRICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MOLOKAI TRADING, INC. dba MOLOKAI SURF CO., a California corporation, <br><br> Defendant. | Case No.: 2:21-cv-08081-AB (KSx) <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff TRENDTEX FABRICS, LTD. ("Plaintiff") and Defendant MOLOKAI TRADING, INC. ("Defendant"), by their respective attorneys, have entered into a stipulation for entry of consent judgment and permanent injunction.

This Court, having considered the request of the Parties to enter the following relief, and such relief appearing reasonable under the circumstances, **finds** as follows:

On October 11, 2021, Plaintiff filed Case No. 2:21-cv-08081 in the United States District Court for the Central District of California. Plaintiff and Defendant have now stipulated for entry of the following Consent Judgment.

The Parties agree and the Court finds as follows:

A.   Plaintiff has brought this action asserting its U.S. Copyright, and

Defendant denied the allegations.

B. The Parties have reached a negotiated settlement memorialized in a Settlement Agreement between the Parties and request that the Court enter the following relief.

Therefore, JUDGMENT IS HEREBY **ENTERED** in favor of TRENDTEX FABRICS, LTD.

Pursuant to Fed. R. Civ. P. 65, IT IS HEREBY **ORDERED** that Defendant, MOLOKAI TRADING, INC., and its employees, agents, officers, directors, shareholders, subsidiaries, parent companies, related companies, all persons under the direction of Defendant, and other persons in active concert or participation with any of them and who receive notice of this order (together, the "Enjoined Parties"), are permanently prohibited from infringing, by any means, and inducing copyright infringement, by any means, of any of the exclusive rights of Plaintiff under the Copyright Act, including but not limited to direct copyright infringement, inducement to infringe copyrights, contributory copyright infringement, and vicarious copyright infringement.

IT IS FURTHER HEREBY **ORDERED** that Defendant, MOLOKAI TRADING, INC., pay the amount agreed to in the Settlement Agreement to Plaintiff, TRENDTEX FABRICS, LTD., within **seven (7) days** of the entry of this judgment.

IT IS FURTHER HEREBY **ORDERED** that each Party shall bear its own costs and attorneys' fees. The Court specifically retains jurisdiction over this matter for purposes of enforcing the terms of the Parties' Settlement Agreement and this Consent Judgment. This is a final order and judgment.

Dated: February 8, 2022

_____
Hon. André Birotte Jr.
United States District Judge